# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIBREEL I. LEWIS, | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-3098 |
| MICHAEL OVERMYER, et al., | : |
| Respondents. | : |

## ORDER

**AND NOW**, this \_\_\_\_\_5th\_\_\_\_ day of March, 2019, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Chief Magistrate Judge Thomas J. Rueter (Doc. 15), and Petitioner's Objections thereto (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of *Habeas Corpus* is **DISMISSED**, without prejudice, for failure to exhaust state court remedies; and

3. A certificate of appealability is not granted.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**